UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey Alan Velez Jr.** **Docket No. 5:26-CR-164-1FL**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffrey Alan Velez Jr., who, upon an earlier plea of guilty to Stealing a Firearm from a Licensed Dealer 18 U.S.C. §§ 922(u), 924(i)(1) and (2), was sentenced by the Honorable N. Carlton Tillery, Jr., Senior U.S. District Judge in the Middle District of North Carolina, on August 4, 2022, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeffrey Alan Velez Jr. was released from custody on December 12, 2025, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On August 24, 2026, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant began supervision, he has submitted multiple positive drug tests. He has submitted a positive drug test for marijuana on February 19, 2026, March 19, 2026, April 13, 2026, June 15, 2026, and July 15, 2026. Due to his positive drug tests, he entered the HOPE Court program. As such, the HOPE team believes the defendant would benefit from a cognitive behavioral program such as Moral Reconation Therapy.

It should also be noted that due to the amount of positive drug tests, a Motion for Revocation will be filed requesting a hearing and this modification will be used to augment his thinking styles prior to the hearing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: August 26, 2026

**ORDER OF THE COURT**

Considered and ordered this 31st day of August, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge